

Docket + file as letter.

05/21/2018

U.S.A. v. Thomas O'Reilly
17-cr-243 (SHS)

Dear Judge Stein,

Good Afternoon your Honor. When I last saw you in court in early March you had said "I'd entertain the idea of letting me go to another program before sentencing." There is a program called Integrity House in Newark, NJ. My lawyer spoke with a representative of that program back in mid April. Since mid April I have been constantly asking my lawyer to propose this idea to the court. Ever since then he tells me he has been travelling almost every other week. The only update I have received is that Pretrial Services is "aware" of me. To be quite honest my situation does not seem of much importance to my lawyer and is quite frustrating. This program is a long term program that also assists with supportive housing once the program is completed. I believe they also have a half way house as well. New Jersey Pretrial Services is also only a few blocks away. My younger and only sister Shannon is getting married on June 8th and would mean a whole lot to me to be able to be out of MDC for it. Being clean & sober is the best wedding gift I could give her. I understand you're a busy man, however, it would be greatly appreciated if you would allow me to bail out and attend this program and comply with all of the rules & guidelines.

This trip to MDC has not been the spent sitting around wasting time. Since early March I got myself a job here working in the kitchen. There are a lot of negative influences here and I choose to stay away from it and keep a positive routine. Also if my lawyer is too busy to do this I can arrange to have someone take me directly to the program. I sincerely hope this will work out. Thank you for your time your Honor.

Sincerely,
Thomas S. O'Reilly Jr.